980 A.2d 34

**Councilperson Darrell L. CLARKE and Councilperson Donna Reed Miller, Appellants**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Aug. 31, 2009.

Scott Philip Sigman, David J. Perlman, George Bochetto, Bochetto & Lentz, P.C., Philadelphia, for Councilperson Darrell L. Clarke and Councilperson Donna Reed Miller, appellants.

John G. Knorr, III, Atty. Gen. App. Lit. Sect., PA Office of Atty. Gen., Thomas W. Corbett, Jr., Harrisburg, Richard Gerson Feder, City of Philadelphia Law Dept., for the Com. of PA, appellee.

Martha E. Johnston, Richard Feder, City of Philadelphia Law Dept., for City of Philadelphia, appellee amicus curiae.

224

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of August, 2009, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.